# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASTENJOHNSON, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 03-1552 |
| | : | |
| COLUMBIA CASUALTY CO., et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 28th day of June, 2010, upon consideration of defendant Columbia Casualty Company's motion to exceed the page limit in connection with its brief in support of its motion for summary judgment, it is hereby ORDERED that the motion is granted. Columbia Casualty Company shall file a brief of no more than thirty pages in support of its motion for summary judgment.

BY THE COURT:

 /s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.