IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASTENJOHNSON,<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 03-1552 |
| COLUMBIA CASUALTY CO., et al.,<br>Defendants | : | |

FILED
JUL 09 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 7th day of July, 2010, it is hereby ORDERED that counsel for plaintiff and counsel for defendant Columbia Casualty Company are directed to participate in mediation before the Honorable Paul S. Diamond. Counsel for plaintiff and counsel for defendant Columbia Casualty Company shall contact Judge Diamond's chambers forthwith to arrange a date and time for mediation.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.