**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASTENJOHNSON, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 03-1552 (LS)** |
| | : | |
| **COLUMBIA CASUALTY CO.** | : | |

## ORDER

    **AND NOW**, this 13th day of July, 2010, as discussed during today's telephone conference, it is hereby **ORDERED** as follows**:**

1.    A settlement conference in this matter is scheduled for **9 a.m. on Thursday, August 5, 2010** in Room 6613, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  Lead counsel and client representatives with full settlement authority shall attend.

2.    The Parties shall submit *ex parte* settlement memoranda by **noon on Wednesday, July 28, 2010**.

3.    If Plaintiff intends to revise its settlement demand, it shall do so immediately.

    **IT IS SO ORDERED.**

    */s/ Paul S. Diamond*

    _____
    **Paul S. Diamond, J.**