IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASTENJOHNSON,** : | CIVIL ACTION |
| Plaintiff : | |
| : | |
| v. : | NO. 03-1552 |
| : | |
| **COLUMBIA CASUALTY CO., et al.,** : | |
| Defendants : | |

**O R D E R**

**AND NOW**, this 12th day of July, 2010, upon consideration of defendant American Insurance Company's motion for leave to file a reply brief in further support of motion for partial summary judgment (Doc. # 354), it is hereby ORDERED that the motion is granted. The Clerk of Court shall file the reply brief attached as Exhibit A to said motion.

BY THE COURT:


 /s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.