IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASTENJOHNSON,<br>    Plaintiff | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 03-1552 |
| COLUMBIA CASUALTY CO., et al.,<br>    Defendants | : <br> : | |

**O R D E R**

**AND NOW**, this 12th day of July, 2010, upon consideration of plaintiff AstenJohnson, Inc.'s motion to exceed the page limit in connection with its brief in opposition to the motion for summary judgment by Columbia Casualty Company (Doc. # 356), it is hereby ORDERED that the motion is granted. AstenJohnson shall file a brief of no more than thirty pages in support of its opposition to the motion for summary judgment.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.