IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASTENJOHNSON,<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 03-1552 |
| COLUMBIA CASUALTY CO., et al.,<br>Defendants | : | |

FILED
JUL 19 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 19th day of July, 2010, upon consideration of the motion of defendant Columbia Casualty Company for leave to file a reply brief in further support of its motion for summary judgment (Doc. # 364), it is hereby ORDERED that the motion is GRANTED. The reply brief shall be filed on or before August 1, 2010 and shall be no more than fifteen pages in length.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.