# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASTENJOHNSON, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 03-1552 |
| | : | |
| COLUMBIA CASUALTY CO., et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 21st day of July, 2010, following an epistolary request from defendants American Insurance Company and Columbia Casualty Company, it is hereby ORDERED that defendants shall file a partial summary judgment motion pursuant to Rule 56(d)(1) on or before July 28, 2010.  Plaintiff shall file a response to the summary judgment motion within fourteen days.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.