**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ASTENJOHNSON, INC.,** | |
| **Plaintiff,** | CIVIL ACTION |
| v. | NO. 03- 1552 |
| **COLUMBIA CASUALTY COMPANY et al.** | |
| **Defendants.** | |

# ORDER

AND NOW, this ___ day of August, 2010, upon consideration of Defendants' Motion for Partial Summary Judgment on Fact Issues Pursuant to Fed. R. Civ. P. 56(d)(1), and Plaintiff's response thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and it is hereby declared that the factual contentions contained in Defendants' Statement of Undisputed Material Facts in Support of Their Motion for Partial Summary Judgment on Fact Issues Pursuant to Fed. R. Civ. P. 56(d)(1) are not genuinely at issue and, therefore, are deemed to be conclusively established in this action.

_____
Stengel, J.