## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2010 a true and correct copy of the foregoing **Defendants' Motion for Partial Summary Judgment on Fact Issues Pursuant to Fed. R. Civ. P. 56(d)(1)** was served by ECF to the counsel listed below. The exhibits in support of the Motion were not filed by ECF, and instead were sent via FedEx overnight to counsel listed below:

| | |
|---|---|
| Michael Conley, Esq<br>Offit Kurman<br>Three Parkway, Ste. 1300<br>1601 Cherry St.<br>Philadelphia, PA 19102<br>**Counsel for Asten Johnson** | Robert C. Heim, Esq.<br>Alexander Bilus, Esq.<br>Dechert LLP<br>Cira Centre<br>2929 Arch St.<br>Philadelphia, PA 19104<br>**Counsel for Asten Johnson** |
| Ronald P. Schiller, Esq.<br>Nicole J. Rosenblum, Esq.<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>**Counsel for Columbia Casualty Company** | Rhonda O. Orin, Esq.<br>Anderson Kill & Olick, LLP<br>1717 Pennsylvania Ave. NW<br>Suite 200<br>Washington, D.C. 20006<br>**Counsel for Asten Johnson** |
| Jay I. Morstein, Esq.<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>**Counsel for Columbia Casualty Company** | |

**COZEN O'CONNOR**

By: _/s/Jacob C. Cohn_____
      Jacob C. Cohn, Esq.
      1900 Market St.
      Philadelphia, PA 19103
      Attorney for Defendant, American Insurance Co.