IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASTENJOHNSON, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 03-1552 |
| | : | |
| COLUMBIA CASUALTY CO., et al., | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this 17th day of August, 2010, it is hereby ORDERED that counsel for plaintiff and counsel for defendant American Insurance Company are directed to participate in mediation before the Honorable Paul S. Diamond. Counsel for plaintiff and counsel for defendant American Insurance Company shall contact Judge Diamond's chambers forthwith to arrange a date and time for mediation.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.