**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ASTENJOHNSON, INC.,**               : | |
|        : | |
|     **Plaintiff,**        : | |
|        : | **NO:  03-CV-01552** |
|   **v.**        : | |
|        : | |
| **COLUMBIA CASUALTY COMPANY, et al**    : | |
|        : | |
|     **Defendants.**      : | |
|        : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

        Kindly enter my appearance as counsel for Defendant, American Insurance

Company in the above-captioned matter.

Date: August 18, 2010                 Respectfully submitted,

                                   COZEN O'CONNOR


                                  BY:   */s/  Ilan Rosenberg*
                                        Ilan Rosenberg
                                        1900 Market Street
                                        Philadelphia, PA  19103
                                        (215) 665-2073

                                        *Attorneys for Defendant*
                                        *American Insurance Company*