**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASTENJOHNSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA CASUALTY COMPANY, et al. <br><br> Defendants. | Civil Action No. 03-1552 |

# PLAINTIFF'S AMENDED TRIAL EXHIBITS[1]

# ASTENJOHNSON INC. V. COLUMBIA CASUALTY COMPANY, ET AL.

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 1 | AJ000220-AJ000229 | 04/01/79-04/01/80 | American Insurance Company Policy No. XLB 13307 30 for the policy period April 1, 1979 to April 1, 1980. |
| 2 | AJ000232-AJ000238 | 04/01/80-04/01/81 | American Insurance Company Policy No. XLB 142 69 78 for the policy period April 1, 1980 to April 1, 1981. |
| 3 | AJ000260-AJ000272 | 04/01/81-04/01/82 | American Insurance Company Policy No. XLB 146 84 46 for the policy period April 1, 1981 to April 1, 1982. |
| 4 | AJ000313-AJ000318 | 04/01/82-04/01/83 | American Insurance Company Policy No. XLB 152 13 08 for the policy period April 1, 1982 to October 1, 1983. |
| 5 | AJ000330-AJ000340 | 04/01/82-04/01/83 | American Insurance Company Policy No. XLX 148 11 21 for the policy period April 1, 1982 to October 1, 1983. |
| 6 | CCC04044-CCC-04055 | 04/01/81-04/01/82 | Columbia Casualty Policy No. CCP 186 60 01 for the policy period from April 1, 1981 to April 1, 1982. |
| 7 | AJ000274-AJ000277, & AJ000281-AJ000286 | 04/01/81-04/01/82 | Columbia Casualty Excess Umbrella Liability Policy No. RDX 417 02 07 for the policy period from April 1, 1981 to April 1, 1982. |
| 8 | CCC04075-CCC04091, & CCC04093, CCC04095-CCC04096 | 04/01/82-04/01/83 | Columbia Casualty Policy No. CCP 186 61 10 for the policy period from April 1, 1982 to October 1, 1983. |
| 9 | AJ000320-AJ000328 | 04/01/82-04/01/83 | Columbia Casualty Excess Umbrella Liability Policy No. RDX 917 61 20 for the policy period from April 1, 1982 to October 1, 1983. |
| 10 | AJ2009975-AJ2009991 | 11/79 | Hill v. Johns-Manville Corp., Nov. Term 1979, No. 2704. |

---

[1] AstenJohnson, Inc. reserves its right to incorporate exhibits identified by the Defendants.

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 11 | AMER02918-AMER02920 | undated | Internal American Insurance Company Memo relating to AJN. |
| 12 | AMER02822 | 02/08/80 | Internal Memorandum from W. Kathrins to Mr. Frazier |
| 13 | AMER02648 | 07/18/83 | Internal Memorandum from John Sandberg to Kirk Frazier re Asten Hill cases. |
| 14 | AMER02738-AMER02740 | 03/04/83 | Internal Memorandum from J. Davison to Mr. Frazier . |
| 15 | AMER02732 | 04/26/83 & 06/09/83 | Internal File Notes. |
| 16 | AMER02813 | 10/19/83 | Internal Memorandum from John Sandberg to Karen Turnbaugh re all cases filed against Asten Hill. |
| 17 | AMER02711-AMER02714 | 07/14/86 | Letter from Karl Moldrem to G.T. Chapman and Eileen Mahoney. |
| 18 | AMER02698-AMER02704 | 07/14/86 | Letter from Karl Moldrem to G.T. Chapman and Eileen Mahoney. |
| 19 | AMER03054-AMER03056 | 07/14/86 | Letter from Karl Moldrem to G.T. Chapman and Eileen Mahoney. |
| 20 | AMER03052-AMER03053 | 07/15/86 | Internal Memorandum from Karl Moldrem to file re Asten Hill bodily injury file. |
| 21 | AMER02722-AMER02724 | 05/19/88 | Letter from Karl Moldrem to Eileen Mahoney re pending asbestos litigation. |
| 22 | AMER03046-AMER03048 | 09/12/88 | Letter from Susan Gorlick to Eileen Mahoney re pending asbestos litigation. |
| 23 | AMER03076-AMER03078 | 09/10/88 | Letter from David E. Forsman to Eileen Mahoney, re notice of pending asbestos litigation. |
| 24 | AME 03083 | | Excess Asbestos Claims Tracking Instruction Sheet. |
| 25 | AME 00322 | | Asbestos Case Report – Update as of 02/98. |
| 26 | AJ007539-AJ007544 | 03/01/02 | Letter from James A. Young, Esq. to Robert Solano. |
| 27 | AMER01282-AMER01284 | 08/27/02 | E-mail from Robert Solano to James Young, Esq. re policy language questions and prior e-mail exchange. |
| 28 | AMER02813 | 10/19/83 | Letter from Karen Turnbaugh to John Sandberg re: cases pending in Asten-Hill. |
| 29 | AMER03098-AMER03145 | 02/29/84 | Letter from Eileen Mahoney to John R. Sandberg re: Asten-Hill asbestos cases. |
| 30 | AJ004929-AJ004939 | 08/24/84 | Letter from Eileen Mahoney to Nancy Roach re: latest letters sent to Asten-Hill. |
| 31 | AMER03045 | 09/21/88 | Letter from David E. Forsman to Eileen Mahoney re: matter being handled by Environmental Claims Facility. |
| 32 | AMER003082 | 04/03/91 | Letter from David E. Forsman to Eileen Mahoney re: claim being handled at Fireman's Fund Environmental Claims Facility. |
| 33 | AMER03372 | 04/18/03 | E-mail from Robert S. Solano to Catherine Zaryczny re: CNA primary policies. |
| 34 | | 09/10/73 | Copy of Decision: Borel v. Fiberboard Paper Products Corp., 493 F.2d 1076 (5th Cir. 1973). |
| 35 | AJ2013085-AJ2013087 | 11/10/84 | Memorandum from Don to Dietrich re: Biological Effects of Asbestosis. |
| 36 | FFSC004302 | 11/21/78 | Fireman's Fund – Inter-office Memo to Mr. Barton from Mr. Russo re: Cumulative Trauma Cases Asbestosis Medical Seminar. |

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 37 | FFSC004318 | 08/07/79 | Fireman's Fund – Inter-office Memo to Mr. Barton from Mr. Russo re: Cumulative Trauma, Various Asbestos Manufacturers. |
| 38 | FFSG000227-FFSG000228 | 09/12/79 | Fireman's Fund – Inter-office Memo, re: File Analysis Cumulative Trauma. |
| 39 | FFSC004304-FFSC004305 | 11/29/79 | Fireman's Fund – Inter-office Memo, re: Cumulative Trauma – Asbestos. |
| 40 | FFSD000142-FFSD000242 | 01/81 | Fireman's Fund – Cumulative Trauma Reference Guide for Claims, Loss Control and Underwriting, Prepared by Environmental Sciences Unit H.O. Loss Control. |
| 41 | FFSD000008-FFSD000080 | 02/01 | Fireman's Fund – Cumulative Trauma Reference Guide for Claims, Loss Control And Underwriting, prepared by Environmental Sciences unit H.O. Loss Control. |
| 42 | FFSD000324-FFSD000529 | undated | Fireman's Fund Insurance Companies Cumulative Trauma Reference Guide for Claims, Loss Control and Underwriting, Prepared by Special Services Unit H.O. Loss Control. |
| 43 | FFSD000920-FFSD000961 | 04/05/82 | Fireman's Fund -- Inter-office Memo to Commercial Lines Managers from Sandra Bose re: material for the Underwriters Cumulative Trauma Reference Guide Educational Meeting, with attached copy of Guide. |
| 44 | FFSG000427-FFSG000434 | 04/27/81 | Fireman's Fund – Memo re: Cumulative Trauma-Widespread Use of Chemicals Excess & Special Risk, Casualty Underwriting. |
| 45 | FFSD000915-FFSD000918 | 1982 | Fireman's Fund – Internal Memorandum Relating to Cumulative Trauma Reference Guide Educational Meeting. |
| 46 | FFSA005070-FFSA005205 | 08/02 | Fireman's Fund – Managing Branch Cumulative Trauma Claims, August 1982 Cumulative Trauma Seminar. |
| 47 | FFSA004980-FFSA004988 | 05/82 | Fireman's Fund – Managing Branch Cumulative Trauma Claims, May 1982 Cumulative Trauma Seminar. |
| 48 | FFSD000890-FFSD000907 | undated | Fireman's Fund -- Cumulative Trauma Reference Guide Educational Meeting – The Role of the Underwriter. |
| 49 | FFSA005794-FFSA005822 | 04/83 | Fireman's Fund – Home Office Cumulative Trauma Claims, April 1983. |
| 50 | FFSB000858-FFSB000905 | 06/15/83 | Fireman's Fund – Inter-office Memo to Claims Managers, Nationwide from Mr. Jordan, H.O. Claims re: Cumulative Trauma Standard Operating Procedures. |
| 51 | FFSA005681-FFSA005724 | undated | Fireman's Fund – Cumulative Trauma Operating Procedures. |
| 52 | FFSC001486-FFSC001488 | 11/20/78 | Fireman's Fund – Manual of Procedures, Commercial Lines Department, [Underwriting] Liaison with Claims Department. |
| 53 | FFSC004363 | undated | Fireman's Fund – The Line Department Function-Home Office Chart Branch Administration Executive & Branch Administration Charts. |
| 54 | FFSC04330-FFSC04334 | undated | Fireman's Fund – Asbestos Claims Management Information. |

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 55 | FFSC004307 | 01/24/79 | Fireman's Fund – Inter-office Memo to Mr. Cole from D.M. Barton re: Asbestos. |
| 56 | FFSC004313-FFSC004314 | 02/12/19[ ] [illegible], | Fireman's Fund – Inter-office Memo to Mr. Conley from Mr. Cole re: Asbestos Related Claims Handling. |
| 57 | FFSG000656-FFSG000725 | 08/01/79 | Fireman's Fund – Inter office memo to Mr. Buell from Mr. Black re: Educational Meeting on Asbestos-Related Diseases. |
| 58 | FFSG001186-FFSG001351 | 11/14/79 | Fireman's Fund -- Home Office Claims Bulletin A-393-B to Branch Claims Managers Nationwide from Mr. Russo re: Cumulative Trauma Educational Meeting Asbestos Claims Guide. |
| 59 | FFSG000911-FFSG001038 | undated | Fireman's Fund Insurance Companies Asbestos Claims Guide. |
| 60 | FFSG001155-FFSG001185 | 01/80 | Fireman's Fund Insurance Companies Training & Communications Educational Meeting "Asbestos Claims & Related Issues & Introducing: The Asbestos Claims Guide". |
| 61 | FFSA002203-FFSA002249 | 01/80 | Educational Meeting, Asbestos Claims & Related Issues & Introducing The Asbestos Claims Guide. |
| 62 | FFSA04931-FFSA04938 | 08/29/80 | Asbestos Liability: An Issue of Unprecedented Loss Potential, Lehman Brothers Kuhn Loeb Research. |
| 63 | FFSA008925 | 03/21/80 | Fireman's Fund – Inter-office Memo, re: Asbestos Health Hazards Compensation Act of 1979. |
| 64 | FFSA008923 | 03/26/80 | Fireman's Fund – Inter-office Memo, re: Asbestos Health Hazards Compensation Act of 1979. |
| 65 | FFSA008913-FFSA008919 | | Fireman's Fund – Inter-office Memo, re: Asbestos Health Hazards Compensation Act of 1979. |
| 66 | FFSA008921 | | Fireman's Fund – Inter-office Memo, re: Asbestos Health Hazards Compensation Act of 1979. |
| 67 | FFSG001091-FFSG001096 | | Fireman's Fund – Inter-office Memo, Workers' Compensation Asbestos-Related Benefits. |
| 68 | FFSD001523-FFSD001551 | 07/17/79 | Fireman's Fund, Inter-office Memo, H.O. Claims Department Bulletin No. C-10, to: Claims Managers Nationwide, July 17, 1979, re: Workers' Compensation Asbestos-Related Benefits. |
| 69 | FFSA04510 | 08/29/80 | Fireman's Fund, Inter-office Memorandum between Mr. Russo and Mr. Buell, re: Cumulative Trauma Record Retention and Retrieval Requirements. |
| 70 | FFSA004485-FFSA004509 | 12/10/81 | Fireman's Fund – Cumulative Trauma Records Retention, December 10, 1981, Memorandum and Final Report. |
| 71 | FFSA004476 | 08/24/82 | Fireman's Fund – Inter-office Memo to the Board of Management from Mr. Meenaghan re: Cumulative Trauma Litigation-Document Retention. |
| 72 | | 02/24/80 | Article re: concerns in the workplace over prolonged exposure to asbestos by Globe staff member, The Boston Globe. |
| 73 | | 12/08/80 | Walter Pincus, Asbestos Coming Under Massive Attack by Three Regulatory Agencies, The Washington Post. |
| 74 | | 07/31/82 | Randolph E. Bucklin, Steel Firm Facing 12,000 Asbestos Lawsuits, Files for Bankruptcy, The Washington Post. |
| 75 | | 11/22/83 | Stuart Auerbach, Manville Files New Plan on Debt Claims, The Washington Post, November 22, 1983. |

4

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 76 | | 1969 | Experimental Pneumoconiosis, S.H. Zaidi-Director Industrial Toxicology Research Center, Lucknow, India, Johns Hopkins Press, Baltimore Md. |
| 77 | | 09/78 | About Asbestos - U.S. Department of Health Education and Welfare: HEW Publication No. 78-10320. |
| 78 | | | Irving J. Selikoff and Douglas H. K. Lee, Asbestos and Disease  Academic Press (1978). |
| 79 | | 1977-1978 | David B. Thomas,  Lung Cancer and Ambient Air Pollution,  8 Environmental Law 701. |
| 80 | | | W. Raymond Parkes, M.D, Occupational Lung Disorders, MRCP, DIH, Butterworths (1st ed. 1974) (2d ed. 1982). |
| 81 | | | Clinical Aspects of Inhaled Particles, edited by D.C. F. Muir, Ph.D. MRCP (undated) F.A Davis Co., Philadelphia, Pa. |
| 82 | | 1973 | "Asbestosis and Mesothelioma Benefits Act, H.R. 6906, 93d Cong. § 1 (1973). |
| 83 | | | The Asbestos: Crisis-Yesterday, Today & Tomorrow, Council on Compensation Insurance (undated). |
| 84 | | 10/75 | Engineering and Safety Service Chemical Hazards Bulletin: Asbestos, American Insurance Association, N.Y. October 1975. |
| 85 | | 10/79 | Product Liability Insurance: Underwriting, Rates, Reserves, Business Cycles, American Insurance Association. |
| 86 | | 1978-1979 | Comments Asbestos Litigation: The Dust Has Yet to Settle,  7 Fordham Urb. L. J. 55. |
| 87 | | 05/12/81 | Asbestos…A social Problem, A Position Paper Prepared by The Environmental Issues Task Force, Commercial Union Insurance Companies. |
| 88 | | 01/82 | The Economic Consequences of Asbestos Related Disease by Paul W. MacAvoy, in association with J. Karr and P. Wilson, Working paper #27, Working Paper Series C- Research Program in Government Business Relations. |
| 89 | | 03/82 | Asbestos Litigation – Insurance Issues- Liability-Damages, March 1-2, 1982 in New York City, March 22-23, 1982 in Chicago. |
| 90 | | 05/20/82-05/22/82 | Industrywide Litigation -- The Medical Insurance Aspects of Asbestos Litigation, May 20-22, 1982, sponsored by Defense Research Institute. |
| 91 | | 1984 | Asbestos: Medical and Legal Aspects, by Barry I. Castleman with a contribution by Stephan L. Berger, Law and Business Insurance, Harcourt Brace Jovanovich. |
| 92 | | 1980 | Asbestos Exclusions of Granite State Insurance Company. |
| 93 | | 1980 | Asbestos Exclusions of California Union Insurance Company. |
| 94 | | 1981 | Asbestos Exclusions of Potomac Insurance Company. |
| 95 | | 1982 | Asbestos Exclusions of Geico Insurance Company. |
| 96 | AJ005786-AJ005797 | 06/15/81-04/01/82 | Asten-Hill, Inc.-Fireman's Fund, Canadian 81-82 policy. Excess Policy. |
| 97 | AJ005887-AJ005906 | 04/01/81-04/01/82 | Asten-Hill, Inc.-Fireman's Fund, Canadian 81-82 policy. Excess Policy. |

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 98 | AJ005798-AJ005810 | 04/01/82-04/01/83 | Asten-Hill, Inc.-Fireman's Fund, Canadian 82-83 policy. Excess Policy. |
| 99 | | | Exhibits to Plaintiff's Memorandum of Law in Support of Partial Summary Judgment Against Lloyd's in Asarco Incorporated v. American Home Insurance Company et al., Cause NO:01-2680-D, 105th Judicial District of Nueces County Texas.; 05. |
| 100 | | 1995 | 1995 Casualty Loss Reserve Seminar 3C Measurement of Asbestos Bodily Injury Liabilities by Susan L. Cross, Consulting Actuary and John P. Doucette, Consulting Actuary, Tillinghast Towers Perrin. |
| 101 | | 02/23/05 | Old Insurance Policies May Be as Valuable as Stock or Other Hand Assets by James Dorion Marsh Risk Consulting- The Risk Report. |
| 102 | AJ007507-AJ007508 | 11/02/01 | Letter from James Nagy to Bradley Mortenson, Esq. re notice of impending asbestos litigation. |
| 103 | AJ001635-AJ001655 | 01/14/02 | Letter from James Nagy to Bradley Mortenson, Esq. |
| 104 | CCC03994-CCC03997 | 10/15/02 | Letter from Bradley J. Mortensen to Alfreda Phillips re: complaints filed against Asten in Texas & Ohio. |
| 105 | CCC03985-CCC03989 | 03/15/02 | Letter from James A. Young to James I. Nagy re: position of CNA Columbia. |
| 106 | CCC00162-CCC00167 | 06/20/02 | Letter from Eileen King Bower to James A. Young re: McCarthy v. Acands. |
| 107 | | | CNA agent web page. |
| 108 | | | American agent web page. |
| 109 | CCC01042-CCC01043 | 04/05/82 | Binders signed by DVUA and issued on behalf of Columbia. |
| 110 | CCC01910 | 04/16/82 | Internal Columbia document relating to AJN Columbia Policies-loss control survey. |
| 119 | | 09/20/02 | Letter from Misty Sonnier to Hon. Johnny Appelman re: Daniels v. Pittsburgh and enclosed copy of Plaintiff's One-Hundred and Twenty-Sixth Amended Original Petition. |
| 120 | | 08/13/03 | Letter from Nicole A. Lawton to R. Mark Willingham re: Original and Amended Petition in Texas cases. |
| 121 | AMER00403 | | Inactive Records Retrieval form. |
| 122 | AMER00396-AMER00405 | 1980-1981 | 1.  Redacted pages from American Insurance Company Policy No. XLB 142 6978, policy period April 1, 1980 to April 1, 1981. |
| 123 | AMER00796 | | May 1980 notes. |
| 124 | AMER04951 | | Asbestos Exclusion Endorsement Form 175186-3-83. |
| 125 | AMER00446 | 1980 | Endorsement #3 – Following Form Products Liability – Policy #XLB1426978. |
| 126 | | | CNA Advertisement. |
| 127 | AJM0061-AJM0084 | | Letter from Maris Hurdman to Asten Group, Inc. Board of Directors re: consolidated balance sheets. |
| 128 | | 1957-1983 | AstenJohnson, Inc. coverage chart. |

6

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 129 | CCC04273-CCC04294 | 1980-1981 | Redacted other policy documents. |
| 130 | AJ2 011013-AJ2 011072 | | Amended Complaint In Equity For Declaratory And Injunctive Relief |
| 131 | AJ002350 | 09/30/80 | Memorandum - Argonaut Insurance Company from John A. Flynn. |
| 132 | CCC01751-CCC01767 | | Dryer Felts and Fabrics (Asten-Hill Co.). |
| 133 | CCC01743-CCC01750 | 03/04/81 | Letter to Dave Sayles from Stanley I. Blaustein (Delaware Valley Underwriting Agency, Inc.) with enclosures. |
| 134 | CCC01740 | 03/16/81 | DVUA Correspondence – Attn: S. Blaustein from D. Sayles Re: Asten Group, Inc. |
| 135 | CCC01739 | 03/17/81 | DVUA Correspondence – To: Dave Sayles from Stan Blaustein Re: Asten Group. |
| 136 | CCC01738 | 03/19/81 | DVUA Correspondence – Attn: S. Blaustein from D. Sayles Re: Asten Group. |
| 137 | CCC01736 | 04/02/81 | DVUA Correspondence – Attn: Stan Blaustein from Carmen Valentin Re: Asten Group, Inc. |
| 138 | AJ000278-AJ000280 | 04/01/81 | Insurance Binder Form (Agency: Babb, Inc.; Insured: Asten Group, Inc.; Company: Columbia Casualty) and Babb's Policy Form (CAS P4 PHIL 1-74 10000) Excess Liability. |
| 139 | AJ0009766-AJ0009767 | 04/01/81 | Babb's Policy Form (CAS P4 PHIL 1-74 10000) Insured: Asten Hill Co. – Excess Liability and Insurance Binder Form . |
| 140 | CCC01824 | 04/02/81 | DVUA Binder To: Ms. Gloria DiGregorio, Babb, Inc. No. 368 STB; Issued on Behalf of Columbia Cas. Ins. Co., Stanley I. Blaustein, Asst. V.P. |
| 141 | CCC01810 | 04/15/81 | Letter to David Sayles from Stanley I. Blaustein (DVUA) Re: Asten Group, Inc. #CCP 186 6001, #RDX 4170207. |
| 142 | CCC01915–CCC01918 | 03/8/82 | Letter to Mr. Mont Zelman (Columbia Cas. Co.) from Kathy O'Hagan (DVUA) Re: Asten Group, Inc. Policy #'s CCP 1866001 & RDX 4170207 with enclosures. |
| 143 | CCC01943 | 04/05/82 | DVUA Binder To: Mrs. Gloria D. Forbes (Babb, Inc.) No. 314 KOH; Issued on Behalf of Columbia Cas. Co. |
| 144 | AJ000268 | 04/01/81 | Babb, Inc. Policy Form (CAS P4 PHIL 1-74 10000) Insured: Asten Hill Co.; Umbrella Liability Policy; Ins. Co.: American Insurance. |
| 145 | CCC00162-CCC00167 | 06/20/02 | Letter to James A. Young, Esq. from Eileen King Bower (Ross, Dixon & Bell, LLP) Re: Insured: Asten Group, Inc.; Policy No. CCP 1866010. |
| 146 | AMER00021-AMER00023 | 03/06/97 04/22/97 | Letter to Christine Tershokovec (3/6/97) from David E. Forsman FFIC Claim No. 820-79-504057; Insured: Asten Hill<br>Letter to James Young (4/22/97) from David E. Forsman FFIC Claim No. 820-79-504057 Insured: Asten Hill. |
| 147 | AJ009978 | 09/05/01 | Letter to James M. Gibson from Robert Solano (Sr. Litigation Analyst of FFIC) FFIC Claim No. 820-79-54057; Insured Asten-Hill Co; Policies: XLB 1330730; XLB 1426978; XLB 1521308; XLX 1481121. |
| 148 | AJ007539-AJ007544 | 03/01/02 | Letter to Mr. Robert Solano (FFIC) from James A. Young and fax cover sheet. |
| 149 | CCC01817 | | Marked-up Asbestosis Exclusion. |

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 150 | FFSC001489-FFSC001492 | 11/20/78 | Binders, Activizations, and Quotations. |
| 151 | | 06/14/05 | Letter from Michael Conley, Esq. to Nicole J. Rosenbaum, Esq. re: Hollingsworth deposition. |
| 152 | | 06/14/05 | Deposition Transcript of Brian E. Gagan. |
| 153 | | 04/12/05 | Deposition Transcript of Guy Hollingsworth. |
| 154 | | 06/17/05 | Deposition Transcript of Richard Jordan. |
| 155 | | 03/02/05 | Deposition Transcript of Laurence A. Krupnick. |
| 156 | | 02/24/05 | Deposition Transcript of Jerry Leddy. |
| 157 | | 04/09/05 | Deposition Transcript of Paul Lundberg. |
| 158 | | 03/23/05 | Deposition Transcript of Karl Moldrem |
| 159 | | 02/16/05 | Deposition Transcript of James Nagy. |
| 160 | | 06/10/05 | Deposition Transcript of Victoria Roberts. |
| 161 | | 03/14/05 | Deposition transcript of David Sayles. |
| 162 | | 02/23/05 | Deposition Transcript of Robert Solano. |
| 163 | | 11/08/05 | Deposition Transcript of Charlotte-Ann Zack. |
| 164 | | 02/16/05 | Deposition transcript of Carmen Valentin. |
| 165 | | 03/07/05 | Deposition Transcript of Morton B. Zelman. |
| 166 | | 03/04/05 | Deposition Transcript of Richard L. Crane, |
| 167 | | 04/11/88 | Deposition Transcript of David Sayles from Carey Canada. |
| 168 | | 06/28/04 | Deposition Transcript of Gloria D. Forbes. |
| 169 | | 02/25/05 | Deposition Transcript of Gary F. Ibello. |
| 170 | | 02/09/05 | Deposition Transcript of John R. Sandberg. |
| 171 | | 07/14/05 | Deposition Transcript of Allan D. Windt. |
| 172 | | | Chart entitled "Dramatic Increase in Plaintiff Suits", figures from 1978-2002. |
| 173 | | | Chart re: information on the Plaintiffs AstenJohnson. |
| 174 | | | Public Information: Asbestos-Related Diseases, "About Asbestos", U. S. Department of Health, Education, and Welfare, HEW Publication No. 78-10320: September 1978. |
| 175 | | | Public Information: Asbestos-Related Diseases, "U.S. Standard: Asbestosis Separate from Mesothelioma, Lung Cancer, Cancers of the Esophagus, Stomach, Colon, and Rectum, U. S. Department of Health, Education, and Welfare, HEW Publication No. 78-10320: September 1978. |
| 199 | N/A | | Utter v. Asten-Hill Manufacturing Co., 453 Pa. 401, 309 A.2d 583 (1973). |
| 200 | AJ005466-AJ005494 | 04/11/2000 | Letter and enclosed Asbestos Litigation Quarterly Report of March 31, 2000. |
| 201 | AJ005591-AJ005624 | 06/30/2000 | Asbestos Litigation Quarterly Report of June 30, 2000. |
| 202 | AJ007436-AJ007486 | 12/31/2002 | Asbestos Litigation Quarterly Report of December 31, 2002. |
| 203 | N/A | | Revised AJN Coverage Chart. |
| 204 | N/A | 09/19/1980 | Defense Research Institute Seminar Materials "Industry Wide Litigation-Absestos Action Defense Techniques, Sept. 19-20 1980 Las Vegas Nevada" |
| 205 | AJ005937-AJ005961 | | Asten Group Register of Excess Liability Policies |


| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 206 | AJ005982-AJ006006 | | Asten Group Register of Comprehensive and General Liability Policies |
| 207 | N/A | 11/20/2003 | Letter from Ronald Schiller, Esq. to James Young, Esq, dated November 20, 2003. |
| 209 | AJN-R00113-115 | | Excerpts from Lloyd's London, issued to Keene Corporation, policy number 543/50664/77 |
| 210 | AJN-R00116-118 | | Excerpts from Aetna Casualty policy issued to Jim Walter Corporation, policy number 23AL204831 SCA |
| 211 | AJN-R00119-120 | | Excerpts from Aetna policy issued to Jim Walter Building Products, policy number 985LG8800060 SCA |
| 212 | AJN-R00121-122 | | Excerpts from Aetna policy issued to Jim Walter Building Products, policy number 985LG8800216 SCA |
| 213 | AJN-R00123-124 | | Excerpts from Aetna Insurance Policy issued to Carey Canada, policy number 985LG8800424 SCA |
| 214 | AJN-R00125-126 | | Excerpts from Aetna policy issued to Carey Canada, policy number 985LG8800604 SCA |
| 215 | AJN-R00127-128 | | Excerpts from Aetna policy issued to Carey Canada, policy number 985LG8800749 SCA |
| 216 | AJN-R00129-130 | | Excerpts from Aetna policy issued to Carey Canada, policy number 985LG8800911 SCA |
| 217 | AJN-R00131-132 | | Declarations & Endorsement #2 from First State policy issued to Pittsburgh Corning, policy no. 926715 |
| 218 | AJN-R00133-134 | | Declarations & Endorsement #2 from First State policy issued to H.K. Porter Company, policy no. 926715 |
| 219 | AJN-R00135-136 | | Excerpts from Home Insurance policy issued to Armstrong Cork, policy no. HEC 9-63-15-55 |
| 220 | AJN-R00137-138 | | Certificate of Excess Insurance and Endorsement #1 from California Union policy issued to Armstrong Cork, policy no. ZCX 00-34-41 |
| 221 | AJN-R00139-140 | | Certificate of Excess Insurance and Endorsement #1 from California Union policy issued to Armstrong Cork, policy no. ZCX 00-39-12 |
| 222 | AJN-R00141-142 | | Declaration & Exclusion pages from CNA policy issued to H.K. Porter, policy no. CCP 004-75-48-54 |
| 223 | ASNJ00000729-728 | | Declaration and Endorsements #s. 4 and 7 to First State policy issued to ASARCO, Inc., policy no. 927956 |
| 224 | AJN-R00143-144 | | Declaration and Endorsement #2 to National Union policy issued to Johns-Manville, policy no. 991-03-99 |

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 225 | AJN-R00145-146 | | Declarations Page and Occupational Disease Exclusion to Integrity Insurance Company's Commercial Catastrophe Liability Policy issued to H.K. Porter, policy no. ISX108237 |
| 226 | ASNJ00002240-255 | | American Home Assurance policy issued to ASARCO, Inc., policy no. BE1332245 |
| 227 | AJN-R00147-163 | | American Home Assurance policy issued to ASARCO, Inc., policy no. BE1332366 |
| 228 | AJN-R00164-165 | | Cover Note and Endorsement page for insurance policy no. 614/NTA826 issued by C.E. Heath to ASARCO, Inc. |
| 229 | AJN-R00104-105 | | Cover Note and Endorsement page for insurance policy no. 614/NTB249 issued by C.E. Heath to ASARCO, Inc. |
| 230 | AJN-R00106-108 | | Lloyd's Schedule page and Endorsement #1 for insurance policy issued to ASARCO, Inc., policy no. 614/NTB250 |
| 231 | ASNJ00000867-ASNJ00000870 | | Declarations page and Endorsement #1 for insurance policy issued by New England Reinsurance To ASARCO, Inc., policy no. 791864 |
| 232 | AJN-R00109-110 | | Declarations page and Endorsement #1 New England Reinsurance policy issued to ASARCO, Inc., policy no. 792014 |
| 233 | AJN-R00100-112 | | Declarations page and Endorsement for Twin City Fire policy issued to ASARCO, Inc., policy no. TXS102801 |
| 234 | AJNR0001-5 | | Respondent's Appendix – Insurance Brokers Service internal memoranda (Ex. C & G); K. Bergquist letter to J. Kaiser at NUA, dated 05/14/1982 re H.K. Porter (Ex. I); Kaiser telex to K. Bergquist dated 05/18/1982 re H.K. Porter (Ex. J) |
| 235 | AJN-R00006-36 | | Senate Bill 2847 "Asbestos Health Hazards Compensation Act of 1980" |
| 236 | AJN-R00037-72 | | H.R. 5224 "Asbestos Health Hazards Compensation Act of 1980" |
| 237 | AJN-R00166-210 | | Excerpts from CAN policy manual |
| 238 | FFSF001300-1316 | | E&SR Casualty Training Guidelines, December 20, 1978 |
| 239 | FFP001676 | | Cumulative Trauma Educational Meeting Asbestos Claims Guide, November 14, 1979 |
| 240 | FFP001486-91 | | Workers' Compensation Asbestos-Related Benefits, December 4, 1979, plus attachment: "Asbestos-Related Diseases" |

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 241 | FFP001677 | | Asbestos Claims & Related Issues, December 17, 1979 |
| 242 | FFSG000067-139 | | Educational Meeting re Asbestos Claims & Related Issues & Introducing The Asbestos Claims Guide, Jan '80 |
| 243 | FFSA008442-43 | | Occurrence Problem – Definition of Manifestation, June 5, 1980 |
| 244 | FFSA004943-48 | | Notes for Presentation at Initial Meeting of Environmental Task Force – July 21, 1980 |
| 245 | AJN-R00081-82 | | Memo to Commercial Lines Managers re Liability Insurance Cumulative Trauma; Asbestos-Related Diseases, July 21, 1980 |
| 246 | FFSG001142-44 | | Technical Bulletin – Asbestos, February 1973 Revised November 1980 |
| 247 | FFSA005487-96 | | Cumulative Trauma Unit – Claims Organizational Analysis, December 1980 |
| 248 | FFSF000427-433 | | Cumulative Trauma, 4-27-81 |
| 249 | FFSA004914-15 | | Environmental Litigation – An Overview, June 1, 1981 |
| 250 | FFSA004913 | | Cumulative Trauma, June 10, 1981 |
| 251 | FFP001538 | | Asbestos 1-Day Review |
| 252 | FFP001539-43 | | Asbestos Litigation Meeting, 9-24-81 |
| 253 | FFP001546 | | Asbestos-Related Diseases, January 14, 1982 |
| 254 | FFSA 008343 | | C.T. Management, February 2, 1982 |
| 255 | FFSA005029-34 | | Management of Asbestos Litigation, February 3, 1982 |
| 256 | FFSA004539 | | Cumulative Trauma Reference Guide, March 22, 1982 |
| 257 | FFSA002602 -05 | | Memo re Injury Codes (Severity Index), April 16, 1982 |
| 258 | FFSA005363-65 | | Asbestos Claims Management Draft Release for Underwriting, January 14, 1983 |
| 259 | FFP001553-55 | | Proposed Bulletin to Commercial Lines Managers on Asbestos Hazards, January 18, 1983 |
| 260 | FFSA005484-86 | | An Overview of C.T. Claims, January 21, 1983 |
| 261 | AJN-R00096-97 | | Asbestos – Medical Causation Issues, January 25, 1983 |
| 262 | AJN-R00093-95 | | Medical Causation Issues – Areas for Further Consideration, January 25, 1983 |

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| 263 | AJN-R00098-100 | | Cumulative Trauma – Distributor of Cumulative Trauma Producing Goods, February 15, 1983 |
| 264 | FFSA004593 | | Commercial Lines Underwriting Guide, March 8, 1983 |
| 265 | FFSA006724-25 | | Cumulative Trauma Unit, July 17, 1983 |
| 266 | FFSA006854-57 | | Letter re Injury Codes, October 17, 1983 |
| 267 | AJN-R00101 | | Asbestos/Cumulative Trauma, December 13, 1983 |
| 268 | AJN-R00102-103 | | Asbestos Exclusion, July 10, 1986 |
| 269 | AMER03575-3610 | | Complaint in AstenJohnson v. Allstate Insurance, et al., E.D. Pa. No. 03-1555, filed March 13, 2003 |
| 270 | Amer00736-767 | | Argonaut Insurance Company Policy No. CL86-381-005725, for the policy period April 1, 1980 to April 1, 1981 |
| 271 | N/A | | Policy Number XLX 153 47 73, covering the period March 15, 1983 to March 15, 1984, that Fireman's Fund sold to ASARCO Inc. |
| 272 | N/A | | Policy Number XLX 153 47 74, covering the period March 15, 1983 to March 15, 1984, that Fireman's Fund sold to ASARCO Inc. |
| 273 | N/A | | XLX 148 16 98, covering the period March 15, 1982 to March 15, 1983, that Fireman's Fund sold to ASARCO Inc. |
| AMER-102 | AJ2008624–AJ2008658 | 04/21/1980 | Amended Complaint in Trespass – Adgate v. Sun Shipbuilding and Drydock Company, Inc. & Pacor, Inc. |
| AMER-177 | AJ003493–AJ003494 | 08/30/1979 | Letter from L. A. Krupnick to J. A. Young re: defense of case. |
| AMER-186 | AJ005178 | 10/11/1979 | Memorandum re: Asbestos Cases. |
| AMER-205 | AJ2008760–AJ008769 | 12/28/1979 | Letter from J. A. Young to INA re: Adgate v. Asten-Hill. |
| AMER-221 | AJ2006822–AJ2006827 | 12/28/1979 | Letter from P. Petrelius to Allstate Ins. Co. re: third Party Complaint against Asten in Clune v. Johns-Manville. |
| AMER-224 | AJ005135–AJ005143 | 03/12/1980 | Memorandum from G. T. Chapman to DVA re: Asbestos Litigation. |
| AMER-225 | AJ002286–AJ002287 | 03/13/1980 | Letter from J. G. Manta to J. A. Young re: Asbestosis Claims against Asten-Hill. |
| AMER-277 | AJ009469–AJ009471 | 03/20/1981 | Memorandum from R. A. Wilson re: Comprehensive General Liability Insurance. |
| AMER-296 | CCC02193–CCC02194 | 08/14/1981 | Letter from R. Hanebury to C. Valentin re: balance sheet. |
| AMER-348 | AMER02649 | 06/16/1983 | Letter from J. Sandberg to J. A. Young re Various Asbestos Claims -- Asten-Hill. |
| AMER-402 | AMER02695–AMER02697 | 07/14/1986 | Letter from K. Moldrem to E. Mahoney re: pending asbestos litigation. |
| AMER-403 | AMER02698–AMER02704 | 07/14.1986 | Letter from K. Moldrem to G.T. Chapman re: receipt of Asten-Hill Summons and Complaint. |
| AMER-404 | AMER02711–AMER02714 | 07/14/1986 | Letter from K. Moldrem to G.T. Chapman re: referenced policies. |
| AMER-422 | AMER02722–AMER02724 | 05/19/1988 | Letter from K. Moldrem to E. Mahoney re: pending asbestos litigation. |

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| AMER-437 | AMER03076–AMER03078 | 09/10/1990 | Letter from D. E. Forsman to E. Mahoney re: pending asbestos litigation. |
| AMER-513 | AMER03316–AMER03352 | 06/10/2003 | Letter from J. A. Young to C. J. Frandsen; D. Dayton; R. Solano and J. M. Gibson with attached fuly executed Claims Handling Agreement. |
| CCC1 | AJ009456-AJ009460 | 2/81 | 2/81 Babb Cancellation notice for various Argonaut policies |
| CCC2 | AJ002350 | 9/30/80 | 9/30/80 John A. Flynn memo cc'd to G.T. Chapman RE: Argonaut Insurance Co. |
| CCC-4 | CCC-01743–CCC-01750 | 03/04/1981 | Letter from S. Blaustein to D. Sayles re: enclosed application fro insurance. |
| CCC-8 | AMER03009–AMER03025 | 1980 | Asten-Hill Action in Equity for Declaratory and Injunctive Relief. |
| CCC-50 | AJ005687–plus article | 01/26/2000 | Memorandum from J. Gibson to W. A. Finn, T. Hardwick and J. Chapman re: attached New York Times article. |
| CCC-56 | Letter enclosing AJM0025–AJM0092 | 01/04/05 | Letter from M. Conley to R. P. Schiller Esq., S.S. Brown, Esq, and P.A. Peters, Esq. re: additional AstenJohnson Board Minutes and audited financials. |
| CCC-58 | AJ011302–AJ011351 | 06/10/03 | E-mail from J. A. Young to J. M. Gibson re: enclosed "typical" Asten Interrogatories/Answers. |
| CCC-60 | AJ005376–AJ005379 | 02/13/1985 | Letter from E. Mahoney to J. Murphy re: response to letter of February 4, 1985. |
| CCC-61 | AJ002177–AJ002179 | 09/22/1989 | Letter from J. A. Young to G. T. Chapman re: Asbestos Related Actions filed by D. Weinfeld. |
| CCC-63 | Letter enclosing AJM0093–AJM0126 | 02/24/05 | Letter from M. Conley to N. Rosenblum re: copies of additional board related documents |
| CCC-71 | CCC03992–CCC03993 | 11/02/2001 | Letter from J. Nagy to B. Mortensen re: notice of pending asbestos litigation against Aston-Hill. |
| CCC-72 | CCC00198 | 11/29/01 | E-mail from J. Nagy to B. Mortensen re: cost sharing |
| CCC-73 | AJ001635–AJ001655 | 01/14/2002 | Letter from J. Nagy to B. Mortensen re location of Asten Hill policies. |
| CCC-74 | CCC03984–CCC03989 | 03/15/2002 | Fax cover sheet and letter from J. A. Young to J. Nagy and J.M. Gibson re: CNA/Columbia's obligation to provide indemnity benefits. |
| CCC-76 | CCC03961–CCC03962 | 06/19/2002 | Letter from J. A. Young to E. K. Bower re: confirmation of coverage |
| CCC-105 | AJ2009226–AJ2009231 | 06/21/1979 | Letters from L. A. Krupnick to various insurers re: Complaint in Cirone matter. |
| CCC-106 | CCC00160–CCC00161 | 06/20/2002 | Letter from E. K. Bower to J. A. Young re: request for Columbia coverage position. |
| CCC-117 | CCC03929–CCC03932 | 07/12/2002 | Letter from C. E. Cameron to J.A. Young re Columbia's position regarding Asten's request for settlement authorization. |
| CCC-119 | AJ001936–AJ001937 | 10/30/2002 | Letter from E. K. Bower to J. A. Young re: request to conduct an exchange of information. |
| CCC-120 | AJ009801–AJ009802 | 04/17/2003 | Letter from J. A. Young to S. L. Brown re: asbestos-related bodily injury claims. |
| CCC-141 | AJ2011013–AJ2011292 | 08/13/1980 | Asten Group, Inc. t/a Asten-Hill Co. Amended Complaint from <u>Asten v. Argonaut</u>, with exhibits. |
| CCC-142 | AJ2011790–AJ2011810 | 1980 | Plaintiff Asten Group's Answer to Allstate's Motion to Compel Answers to Interrogatory No. 11. |
| CCC-143 | AJ003965–AJ003968 | 03/24/1994 | Letter from J. A. Young to G. T. Chapman re: attached draft letter to Laura Archie. |

| EX. NO. | BATES NOS. | DATE | DESCRIPTION |
|---|---|---|---|
| CCC-144 | AJ003892–AJ003913 | N/A | Unexecuted Settlement Agreement between Asten and certain insurers (1980 Coverage Action). |
| CCC-145 | AMER03175–AMER03315 | 07/27/1983 | Letter from E. Mahoney to J. Sandberg re: new comprehensive asbestos case lists and Asten brochure. |
| CCC-150 | AJ003489–AJ003490 | 06/03/1980 | Letter from J. A. Young to A. Crist re: meeting regarding asbestos-related lawsuits |
| CCC-151 | AMER01680–AMER01695 | 08/14/1980 | Letter from G. Hirtz to Commerce & Industry Ins. Co. re: Asten-Hill case lists |
| CCC-159 | AJ002486–AJ002499 | 01/29/1986 | Letter from E. M. Mahoney to N. McCart re: attached copies of notification letters to various insurers from the Caruso v. Raymark matter. |
| CCC-160 | AJ005354 – AJ005361 | 09/08/1986 | Letter form E. M. Mahoney to N. McCart re: attached copies of notification letters to various insurers from the Kalkus v. U. S. Gypsum matter. |
| CCC-161 | AJ002646–AJ002704 | 10/01/1986 | 1986 correspondence and discovery re: Shockley case. |
| CCC-163 | AJ002099–AJ005065 | 10/16/1986 | Letters from E. M. Mahoney to various insurers re: Erie v. Asarco case. |
| CCC-170 | AJ009848–AJ009866 | 02/25/2003 | Letter from J. A. Young to J. Lipscomb re:enclosing corrected version of the response to the auditor's letter from J.A. Young to Delotte & Touche, dated 02/24/2003. |
| CCC-200 | N/A | 03/13/2003 | Complaint – AstenJohnson, Inc. v. Columbia Cas. Co. and American Ins. Co.. |
| CCC-229 | AJ000407–AJ000430 | 04/01/1982-10/01/1983 | Columbia Casualty Co. insurance policy # CCP 186 61 10 |
| CCC-269 | N/A | 08/26/2005 | Affidavit of James A. Young. |
| CCC-271 | AJ005411–AJ005423 | 08/17/1084 | Letter from M. Leighton to F. Hayeck re: settlement of attached case list. |
| CCC-273 | CCC03978 | 04/02/2002 | Letter from E. K. Bower to J.A. Young re: search for policies and review materials sent. |
| CCC-274 | CCC00186 | 05/08/2002 | Letter from E. K. Bower to J. A. Young re: forwarding policy and underwriting information. |
| CCC-275 | AJ005144–AJ005155 | 05/28/1980 | Memorandum from G.T. Chapman to D. V. Asten re Asbestosis Litigation and attaching a letter from T. J. Hagan to G.T. Chapman re Asbestosis Claims Asserted Against Asten-Hill, dated 05/19/1980 |
| CCC-276 | AJ009867–AJ009883 | 06/14/2000 | Company Policy on behalf of SR International Business Insurance Co. LTD., Policy No. 823KE9902603. |
| CCC-277 | AJ010097–AJ010118 | 04/01/1981-04/01/1982 | CNA Policy No. CCP 1866001 |