# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASTENJOHNSON, INC., | : | |
| Plaintiff, | : | NO. 03-CV-01552 |
| v. | : | |
| COLUMBIA CASUALTY COMPANY *et al.* | : | |
| Defendants. | : | |

### DEFENDANT AMERICAN INSURANCE COMPANY'S
### WITNESS LIST

**American Insurance Company ("American")** by its undersigned counsel, hereby submits the following list of witnesses it intends to introduce at trial. American also reserves the right to supplement this list, and/or use or otherwise rely upon witnesses introduced at trial through other parties.

  A.  WITNESSES TO BE CALLED LIVE BY AMERICAN

    1.  Gloria Forbes
      2416 Linden Drive
      Havertown, Pennsylvania, 19083.

    2.  Gary Ibello
      777 San Marin Drive
      Novato, California

    3.  Charlotte Zack
      777 San Marin Drive
      Novato, California

4. Jerry Leddy
777 San Marin Drive
Novato, California

5. Robert Solano
777 San Marin Drive
Novato, California

6. Willis Kathrins
317 Acorn Drive
Warminster, PA 18974

7. John Sandberg
5 Drake Drive, Mayville,
New Jersey, 08721

8. William Finn
4399 Corporate Road
Charleston, SC

9. James Young
1880 JFK Boulevard, 10th Floor
Philadelphia, Pennsylvania.

10. James Gibson
4399 Corporate Road
Charleston, SC

11. Lawrence Krupnick
473 Byberry Road
Huntingdon Valley, PA 19006

12. Custodian of Records of Babb, Inc.

13. Custodian of Records of Delaware Valley Underwriters Ass'n

14. James Nagy
815 West Sigwald Street
Arlington Heights, IL 6000

15. Alan Windt
501 Rose Lane
Haverford, Pennsylvania

16. Richard Jordon
    46 The Flume
    Amherst, New Hampshire

17. Brian Gagan
    2050 Pioneer Court
    San Mateo, CA 94403

18. Victoria Roberts
    9705 East Gelding Drive
    Scottsdale, Arizona

19. Patrick Lamb, Esquire
    1880 JFK Blvd
    Suite 1200
    Philadelphia, PA 19103

B. **WITNESSES TO BE CALLED BY DEPOSITION DESIGNATION**

**(Submitted on 1/31/06)**

1. Susan Brown
   208 Cascade Valley DriveR
   Rockwall, Texas, 75087.

2. Rick Crane
   400 North LaSalle, Apartment 3602
   Chicago, IL

3. Carmen Valentin
   201 North Austin
   Chicago, Illinois 60634.

4. Paul Lundberg
   2003 Berchwood Avenue
   Wilmette, IL 60091

5. James Nagy
   815 West Sigwald Street
   Arlington Heights, IL 60005

6. David Sayles
5822 Abernathy Drive
Los Angeles, CA 90045

7. Morton Zelman
1700 Kingston Lane
Schaumburg, IL

8. David Koehn  (Address presently unknown)

9. Karl Moldrem
1250 Holly Avenue
Rohnert Park, CA 94928-5624

10. Wallace B. Hofferth (Address presently unknown)

11. Harold Spangler (Address presently unknown)

12. Alex Wilson
1101 Fairview Road
Huntingdon , QC J0S 1H0

13. James Gibson
4399 Corporate Road
Charleston, SC

14. William Finn
4399 Corporate Road
Charleston, SC

15. James Young
1880 JFK Boulevard, 10th Floor
Philadelphia, Pennsylvania.

16. Joanne Ralph
7  Livingston Avenue
Roseland , New  Jersey

    17.    Guy Hollingsworth
           7647 Tripp, Avenue
           Skokie, Illinois 60076


**Dated:** January 31, 2006        **Respectfully submitted,**

                              **KAUFMAN & LOGAN LLP**


**BY:**    /Paul A. Peters/
        Jeffrey Kaufman (CA State Bar #48095)
        Paul A. Peters (CA State Bar #148497)
        Lisa G. Rowe (CA State Bar #232601)
        100 Spear Street, 12th Floor
        San Francisco, CA 94105
        Telephone:  (415) 247-8300
        Facsimile:  (415) 247-8310

**KOCH & CORBOY**

**BY:**

        Susan Simpson Brown (Pa. Bar I.D. 31328)
        101 Greenwood Ave., Suite 460
        Jenkintown Plaza
        Jenkintown, PA 19046
        Telephone:  (215) 881-2280
        Facsimile:  (215) 881-2200


G:\clients\1332\857\trial STUFF\Witness List.FINAL.doc