# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASTENJOHNSON, INC.,

        Plaintiff,

v.

COLUMBIA CASUALTY COMPANY *et al.*

        Defendants.

NO. 03-CV-01552

## DEFENDANT AMERICAN INSURANCE COMPANY'S DEPOSITION DESIGNATIONS

**American Insurance Company ("American")** by its undersigned counsel, hereby submits the following list of deposition designations. American hereby reserves the right to use any portion of deposition testimony designated by any other party, and to supplement these designations in response to any designations by Plaintiff AstenJohnson, Inc.

| Ex. # | Deposition Designation |
|---|---|
| 1. | Susan Brown<br>208 Cascade Valley DriveR<br>Rockwall, Texas, 75087. |
| 2. | Rick Crane<br>400 North LaSalle, Apartment 3602<br>Chicago, IL |
| 3. | Carmen Valentin<br>201 North Austin<br>Chicago, Illinois 60634. |

| Ex. # | Deposition Designation |
|---|---|
| 4. | Paul Lundberg<br>2003 Berchwood Avenue<br>Wilmette, IL 60091 |
| 5. | James Nagy<br>815 West Sigwald Street<br>Arlington Heights, IL 60005 |
| 6. | David Sayles<br>5822 Abernathy Drive<br>Los Angeles, CA 90045 |
| 7. | Morton Zelman<br>1700 Kingston Lane<br>Schaumburg, IL |
| 8. | David Koehn (Address presently unknown) |
| 9. | Karl Moldrem<br>1250 Holly Avenue<br>Rohnert Park, CA 94928-5624 |
| 10. | Wallace B. Hofferth (Address presently unknown) |
| 11. | Harold Spangler (Address presently unknown) |
| 12. | Alex Wilson<br>1101 Fairview Road<br>Huntingdon , QC J0S 1H0 |
| 13. | James Gibson<br>4399 Corporate Road<br>Charleston, SC |
| 14. | William Finn<br>4399 Corporate Road<br>Charleston, SC |
| 15. | James Young<br>1880 JFK Boulevard, 10th Floor<br>Philadelphia, Pennsylvania. |

| Ex. # | Deposition Designation |
|---|---|
| 16. | Joanne Ralph<br>7 Livingston Avenue<br>Roseland, New Jersey |
| 17. | Guy Hollingsworth<br>7647 Tripp, Avenue<br>Skokie, Illinois 60076 |

Dated: January 31, 2006

Respectfully submitted,

**KAUFMAN & LOGAN LLP**

BY:     /Paul A. Peters/
Jeffrey Kaufman (CA State Bar #48095)
Paul A. Peters (CA State Bar #148497)
Lisa G. Rowe (CA State Bar #232601)
100 Spear Street, 12th Floor
San Francisco, CA 94105
Telephone:  (415) 247-8300
Facsimile:  (415) 247-8310

**KOCH & CORBOY**

BY: _____
Susan Simpson Brown (Pa. Bar I.D. 31328)
101 Greenwood Ave., Suite 460
Jenkintown Plaza
Jenkintown, PA 19046
Telephone:  (215) 881-2280
Facsimile:  (215) 881-2200

G:\clients\1332\857\trial STUFF\Deposition Designations.FINAL.doc