IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASTENJOHNSON, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COLUMBIA CASUALTY CO. | : | NO. 03-1552 (LS) |

<u>O R D E R</u>

AND NOW, this 19th day of August, it is hereby **ORDERED** that a settlement conference in the above-captioned matter is scheduled for **Monday, August 23, 2010 at 9:30 a.m.** Lead counsel and client representatives with full settlement authority shall attend.

s/paul s. diamond

_____
PAUL S. DIAMOND, J.

civil-o.frm (9/97)