**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASTENJOHNSON, INC.** | : | |
| Plaintiff | : | CIV. NO. 03-1552 |
| | : | |
| v. | : | |
| | : | |
| **COLUMBIA CASUALTY COMPANY,** . | : | |
| et al. | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 21st day of October, 2010, it is hereby **ORDERED** that a conference on the above-captioned case is scheduled on November 17, 2010 at 2:30 p.m.  Counsel and a client representative with full settlement authority shall attend.  Each party is directed to submit to the Court by November 10, 2010 a memorandum clarifying the matters to be resolved.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.