

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASTENJOHNSON, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>COLUMBIA CASUALTY COMPANY, and<br>AMERICAN INSURANCE COMPANY,<br><br>  Defendants. | Civil Action No. 03-1552<br><br><br><br><br>STIPULATION AND ORDER OF<br>DISMISSAL |

FILED

DEC - 8 2010

MICHAEL E. KUNZ, Clerk
By KK          Dep. Clerk

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties hereto, that as between AstenJohnson, Inc. and Columbia Casualty Company the above-captioned action be, and the same is hereby dismissed with prejudice, and without costs to any party.

Dated: November 16, 2010

**OFFIT KURMAN**

BY: _____
Michael Conley, Esquire
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA  19103
Telephone: 267-338-1300
Fax: 267-338-1335

*Counsel for Plaintiff,*
*AstenJohnson, Inc.*

**HANGLEY ARONCHICK SEGAL & PUDLIN**

BY: _____
Ronald P. Schiller, Esquire
Jay I. Morstein, Esquire
One Logan Square, 27th Floor
Philadelphia, PA  19103
Telephone: 215-496-1020
Fax: 215-851-1020

*Counsel for Defendant,*
*Columbia Casualty Company*

IT IS SO ORDERED, this 8th day of December, 2010

	Hon. Lawrence F. Stengel
	United States District Judge